IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT L. BACKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BOZEMAN, ET AL.,<br><br>Defendants. | Cause No. CV 25-86-BU-BMM<br><br>ORDER |

Plaintiff Robert L. Backman has filed a 42 U.S.C. § 1983 Complaint alleging violations of his constitutional rights. (Doc. 1.) The Complaint as drafted failed to state a claim, but Backman was granted leave to amend. (Doc. 13.) After a delay, Backman file an amended complaint. (Doc. 16.) The Amended Complaint likewise fails to state a claim and is dismissed.

Backman's Amended Complaint heeded several aspects of the Court's prior Order, and omits some claims, but he has failed to allege facts that state any viable claim. Backman has named only the Gallatin County Detention Center as the sole defendant, despite being instructed that he must name individuals who directly participated in any deprivation of his rights, and that the Detention Center was not

1

an appropriate defendant. (Doc. 13 at 6.) Backman provides dates to show that he was in booking for 23 days and allegedly only showered once, but he fails to allege any of the other facts to establish a Fourteenth Amendment conditions of confinement claim, as described in the prior Order. (Doc. 13 at 8.) Backman's Amended Complaint focuses primarily on mail that he alleges was tampered with in July of 2025. Backman has attached several grievance forms that show his mail was not tampered with, but rather, opened for routine inspection before mailing. Backman also alleges he had to wait for an hour while staples were removed from his mail. This conduct does not constitute as a constitutional violation.

Section 1915(e)(2)(B) requires the Court to dismiss a complaint filed in forma pauperis and/or by a prisoner against a governmental defendant if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Backman's Amended Complaint fails to state a claim for relief and is dismissed.

## ORDER

Based upon the foregoing, the Court issues the following:

1.  Backman's Amended Complaint is DISMISSED for failure to state a claim. The Clerk of Court is directed to close this matter and enter judgment.

2.  The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure

that any appeal of this decision would not be taken in good faith. The Clerk is directed to have the docket reflect that the dismissal of this Complaint counts as a strike against Backman within the meaning of 28 U.S.C. § 1915.

DATED this 7th day of January, 2026.

_____
Brian Morris, Chief District Judge
United States District Court